## CIVIL MINUTES – GENERAL

Case No. SA CV 17-0788-DOC (DFMx)          Date:  October 31, 2017

Title: ANGEL FERNANDEZ V. WOON KIUM JUNG, ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On October 5, 2017, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution ("Order") (Dkt. 16). The deadline to respond to the Order was October 6, 2017. *Id.* Plaintiff has not responded to the Order in any fashion.

Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: djl

MINUTES FORM 11
CIVIL-GEN